
RECEIVED
IN LAKE CHARLES, LA

AUG 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 0f CR 20097-001 |
| VS. | : | JUDGE MINALDI |
| JOHNNY SPANO | : | MAGISTRATE JUDGE WILSON |

## ORDER

Considering the foregoing motion and the provisions of Title 18, United States Code, Section 3553(e) and the facts contained therein,

IT IS HEREBY ORDERED that said motion be granted and that a hearing be scheduled for the 28th day of September, 2006, at 11:30 a.m. to allow the government and the defendant to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 11 day of August, 2006 at Lake Charles, Louisiana.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE